1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GEORGE DOUGLAS VAUGHN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) NO. 1:03-cr-05162 OWW
                                       )
12 |          Plaintiff,                ) STIPULATION TO CONTINUE PRE-TRIAL
                                       ) MOTIONS SCHEDULE, TRIAL CONFIRMATION
13 |     v.                             ) HEARING, AND TRIAL DATE;
                                       ) AND ORDER THEREON
14 | GEORGE DOUGLAS VAUGHN,             )
                                       ) **Trial Confirmation**
15 |          Defendant.                )    Date:  September 26, 2005
                                       )    Time:  1:30 p.m.
16 |                                    )    Judge: Hon. Oliver W. Wanger
                                       ) **Trial**
17 |                                    )    Date:  October 4, 2005
                                       )    Time:  9:00 A.M.
18 |                                    )    Judge: Hon. Oliver W. Wanger
                                       )
19 |_____)

20      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

21 counsel that the date for filing *in limine* motions now set for August 12, 2005, may be continued to

22 September 16, 2005, **the hearing date for trial confirmation/*in limine* motions now set for August 22,**

23 **2005, may be continued to September 26, 2004, at 1:30 P.M., and the trial now set, for August 30,**

24 **2005, may be continued to October 4, 2005, at 9:00 A.M.**

25      Defense counsel reviewed all remaining documents on August 3, 2005, in the government's

26 office.  There are additional documents, including bank statements, in the government's possession

27 which are needed for defense preparation.  These documents are being requested for copying.

28 Mr. Vaughn will also need to review these documents.

Lastly, the parties are continuing with plea negotiations and are hopeful for resolution.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, plea negotiations, and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: August 4, 2005

/s/ Melody M. Walcott with consent of
   Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant U.S. Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: August 4, 2005

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant

# O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

DATED: August __4__, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Pre-Trial Motions Schedule,
Trial Confirmation Hearing and Trial Date;
and [Proposed] Order Thereon            2