```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   CR. F-03-5162 OWW
                                    )
12              Plaintiff,          )   STIPULATION TO CONTINUE
                                    )   TRIAL AND MOTIONS IN
13        v.                        )   LIMINE HEARING;
                                    )   ORDER THEREON
14  GEORGE DOUGLASS VAUGHN,         )
                                    )
15              Defendant.          )
                                    )
16                                  )
                                    )
17  _____)
                                        Hon. Oliver W. Wanger
18
19       It is hereby stipulated by and between the parties that the
20  trial date currently set for October 4, 2005, shall be continued
21  to December 6, 2005, to allow time for additional preparation and
22  for obtaining necessary witnesses for trial. It is further
23  stipulated that the time for the government to file its response
24  to defendant's motions in limine shall be continued to November
25  11, 2005.  It is further stipulated time shall be excluded
26  //
27  //
28
                                    1
```

1 | pursuant to 18 U.S.C. 3161 to allow additional time to prepare for
2 | trial and to obtain necessary witnesses.

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney

DATED: 9-19-05                      By /s/ Jonathan B. Conklin
                                       JONATHAN B. CONKLIN
                                    Assistant U.S. Attorney


DATED: 9-19-05                      By /s/ Melody Walcott
                                       MELODY WALCOTT
                                    Attorney for Defendant
```

2

ORDER

IT IS HEREBY ORDERED THAT the trial currently set for October 4, 2005, shall be continued to December 6, 2005, **at 9:00 a.m.** to allow additional time for preparation for trial and to obtain necessary witnesses.  IT is also ordered that the time for the government to file its response to defendant's motion in limine shall be continued to November 11, 2005. **The hearing on the motions in limine is continued to November 28, 2005 at 1:30 p.m.**

IT IS FURTHER ORDERED THAT time shall be excluded pursuant to 18 U.S.C. § 3161 for the reasons stated herein.

DATE: September 21, 2005          /s/ OLIVER W. WANGER
                                  Oliver W. Wanger
                                  United States District Court
                                  Judge

3

DECLARATION

I am an Assistant United States Attorney and am assigned to prosecute the case of <u>United States v. Vaughn</u>, 03-5162 OWW.

Trial in the instant matter is currently set for October 4, 2005.

I have been informed and believe that the investigating agent assigned to assist with trial preparation in this matter is out of his office and will not return until approximately September 26, 2005, at the earliest. That investigator is necessary both as a witness in this case and to assist the government in preparation for trial.

I have informed defense counsel of this matter and she does not object to the continuance, and also stipulates that time may be excluded pursuant to Title 18, United States Code, Section 3161 to allow for adequate preparation for trial.

DATED: September 19, 2005         /s/ Jonathan B. Conklin
                                  JONATHAN B. CONKLIN
                                  Assistant U.S. Attorney

4