```
MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GEORGE DOUGLASS VAUGHN,<br><br>            Defendant. | CR. F-03-5162 OWW<br><br>STIPULATION TO CONTINUE<br>TRIAL AND MOTIONS IN<br>LIMINE HEARING;<br>ORDER THEREON |

Hon. Oliver W. Wanger

It is hereby stipulated by and between the parties that the trial date currently set for December 6, 2005, shall be continued to April 11, 2006, to allow time for additional preparation and for obtaining necessary witnesses for trial. It is further stipulated that the time for the government to file its response to defendant's motions in limine shall be continued to March 10, 2006.  It is further stipulated time shall be excluded

//

//

1

1  pursuant to 18 U.S.C. 3161 to allow additional time to prepare for
2  trial and to obtain necessary witnesses.

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: 11-11-05                         By /s/ Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney


DATED: 11-11-05                         By /s/ Melody Walcott
                                        MELODY WALCOTT
                                        Attorney for Defendant
```

2

ORDER

IT IS HEREBY ORDERED THAT the trial currently set for December 6, 2005, shall be continued to April 11, 2006, to allow additional time for preparation for trial and to obtain necessary witnesses.

IT is also ordered that the time for the government to file its response to defendant's motion in limine shall be continued to March 11, 2006.

**The hearing on the motions in limine and a trial confirmation will be held on March 27, 2005 at 1:30 PM.**

IT IS FURTHER ORDERED THAT time shall be excluded pursuant to 18 U.S.C. § 3161 for the reasons stated herein.

DATE: November 18, 2005        /s/ OLIVER W. WANGER
                               Oliver W. Wanger
                               United States District Court Judge

DECLARATION

I am an Assistant United States Attorney and am assigned to prosecute the case of <u>United States v. Vaughn</u>, 03-5162 OWW.

Trial in the instant matter is currently set for December 6, 2005.

I am currently the Assistant United States Attorney assigned to this matter and have been since its inception. Due to a chance of employment, I will be leaving the United States Attorney's Office as of December 16, 2005.

Prior to my departure, I anticipate having to try at least one jury trial: <u>United States v. Kozial</u>, currently set for trial on November 17, 2005.

I have also been requested by make every effort to resolve my pending matters which consist, generally, of the following:

Approximately ten jury trials set on various dates between December 6, 2005, and May, 2006.

Approximately forty pending matters set on various dates between this date and March of 2006.

One pending Ninth Circuit appeal.

I anticipate I will need to dedicate well in excess of 40 hours per week to accomplish this task.

Due to these pending matters, as well as my departure, this trial will be re-assigned within this office. As Deputy Chief of this office, I am aware of the current work loads of the attorneys within this office.

Given each attorney's schedule, as well as the need to review all files in this case and prepare for trial, I anticipate the newly assigned attorney will need approximately three months to

adequately prepare for trial, given other pending matters.

    Concerning the instant matter, I have contacted defense counsel who does not object to this request.  Defense counsel also informs me and agrees that the additional continuance would assist her in continuing to prepare for trial and may also assist her in reaching a resolution of this matter.

    I have informed defense counsel of this matter and she does not object to the continuance, and also stipulates that time may be excluded pursuant to Title 18, United States Code, Section 3161 to allow for adequate preparation for trial.

DATED: November 11, 2005        /s/ Jonathan B. Conklin
                                   JONATHAN B. CONKLIN
                                   Assistant U.S. Attorney