1 DANIEL J. BRODERICK, #89424
Acting Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE DOUGLAS VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:03-cr-05162 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS *IN LIMINE* SCHEDULE, TRIAL CONFIRMATION HEARING AND TRIAL DATE, AND PROPOSED ORDER THEREON |
| v. | |
| GEORGE DOUGLAS VAUGHN, | ) Trial Confirmation |
| Defendant. | )   Date: May 23, 2006 |
| | )   Time: 1:30 P.M. |
| | ) Trial |
| | )   Date: May 31, 2006 |
| | )   Time: 9:00 A.M. |
| | ) Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties that the **trial date currently set for April 11, 2006, shall be continued to May 31, 2006,** to allow time for additional preparation and for continuity of counsel. Counsel has received additional discovery in the form of checks for review, which will speed the admission of discovery at trial and highlight any trial issues.

IT IS FURTHER STIPULATED that the time for the filing of motions *in limine* shall be continued to May 13, 2006; the filing of any response/opposition to motions *in limine* shall be continued to May 18, 2006. The **trial confirmation hearing now set for March 27, 2006, shall be continued to May 23, 2006 at 9:00 A.M.**

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective

defense preparation, plea negotiations, and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

        McGREGOR M. SCOTT
        United States Attorney

DATED: March 22, 2006
        /s/ Melody M. Walcott with consent of
          Virna L. Santos
        VIRNA L. SANTOS
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Acting Federal Defender

DATED: March 22, 2006
        /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 23, 2006**        /s/ Oliver W. Wanger
emm0d6        UNITED STATES DISTRICT JUDGE