```
1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   MELODY M. WALCOTT, Bar #219930
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   GEORGE DOUGLAS VAUGHN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-cr-05162 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET CHANGE OF PLEA |
| | ) | HEARING; AND ORDER THEREON |
| v. | ) | |
| GEORGE DOUGLAS VAUGHN, | ) | Date: May 17, 2006 |
| | ) | Time: 1:30 P.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that a **change of plea hearing be set in the above-entitled matter on May 17, 2006, at 1:30 P.M.**

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective

///
///
///
///
///
///

defense preparation and plea negotiations pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

          McGREGOR M. SCOTT
          United States Attorney

DATED: May 11, 2006         /s/ Virna L. Santos
          VIRNA L. SANTOS
          Assistant U.S. Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Acting Federal Defender

DATED: May 11, 2006         /s/ Melody M. Walcott
          MELODY M. WALCOTT
          Assistant Federal Defender
          Attorney for Defendant
          GEORGE DOUGLAS VAUGHN

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 18, 2006**         /s/ Oliver W. Wanger
emm0d6          UNITED STATES DISTRICT JUDGE

Stipulation to Set Change of Plea Hearing; and
[Proposed] Order Thereon