UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                               RE:    George Douglas VAUGHN
                                            Docket Number:  1:03CR05162-01
                                            **REQUEST FOR RELEASE OF**
                                            **PRESENTENCE REPORT**

Your Honor:

The purpose of this Memorandum is to respectfully request the presence report prepared in this matter be released to the Internal Revenue Service (IRS) and/or Denise Censire, a Revenue Agent with the IRS.

On September 11, 2006, the offender was sentenced by Your Honor to 12 months and 1 day custody of the Bureau of Prisons with 12 months supervised release to commence upon release for violation of two Counts of 26 USC 7203 - Willful Failure to File a Return. Among the special conditions of supervision, the offender was ordered to cooperate with the IRS in the determination and payment of any taxes which may be owed.  Ms. Censire is currently investigating the amount of back taxes owed and believes information in the presentence report could help in that determination.

                                          Respectfully submitted,
                                           /s/ Casey Horner, Sr.

                                       **CASEY HORNER, SR.**
                                     **Senior United States Probation Officer**

Dated:         March 17, 2008
                 Modesto, California
                 CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                            **DEBORAH A. SPENCER**
                            **Supervising United States Probation Officer**

**RE:    George Douglas VAUGHN**
**Docket Number:   1:03CR05162-01**
**REQUEST FOR RELEASE OF PRESENTENCE REPORT**

**ORDER OF THE COURT:**

**Approved**   X                              **Disapproved**  _____

IT IS SO ORDERED.

**Dated:**   March 17, 2008                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE